# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of November, two thousand twenty-four.

Before:    Joseph F. Bianco,
       *Circuit Judge.*

---

Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation,

   Plaintiffs-Appellees,

v.

Steven G. James, in his official capacity as Superintendent of the New York State Police,

   Defendant – Appellant.

**ORDER**

Docket No. 24-2847

---

  Appellant moves to expedite the appeal on the following schedule: Appellants' opening brief is due by January 3, 2025; Appellees' brief is due by March 4, 2025; Appellants' reply brief due by March 18, 2025; and oral argument to be held in April 2025.

  IT IS HEREBY ORDERED that the motion is GRANTED. Briefing shall proceed on the proposed schedule and argument shall be held in April of 2025, subject to the approval of the Presiding Judge.

                 For the Court:

                 Catherine O'Hagan Wolfe,
                 Clerk of Court