NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Christian v. James    Docket No.: 24-2847

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: P. Benjamin Duke

Firm: Covington & Burling LLP

Address: 620 Eighth Ave

Telephone: (212) 841-1072    Fax: (646) 441-9072

E-mail: pbduke@cov.com

Appearance for: Amicus Curiae Giffords Law Center to Prevent Gun Violence, Brady, and March for Our Lives
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

✔ Amicus (in support of: Steven G. James, et al./Defendants - Appellants)
(party/designation)

**CERTIFICATION**

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 10, 2020    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ P. Benjamin Duke

Type or Print Name: P. Benjamin Duke