## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Christian v. James                                                                 Docket No.: 24-2847

Lead Counsel of Record (name/firm) or Pro se Party (name): David H. Thompson

Appearance for (party/designation): Plaintiffs Brett Christian, Firearms Policy Coalition, and Second Amendment Foundation

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
       Parties: _____
( ) Incorrect.   Please change the following parties' designations:
       Party                                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: David H. Thompson
Firm: Cooper & Kirk, PLLC
Address: 1523 New Hampshire Ave. NW, Washington, D.C. 20036
Telephone: (202) 220-9600                                          Fax: (202) 220-9601
Email: dthompson@cooperkirk.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✔) This case has been before this Court previously.   The short title, docket number, and citation are:
Antonyuk v. Chiumento, Case No. 22-2987, 89 F.4th 271
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on January 19, 2024      OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _____
Type or Print Name: _____
       OR
Signature of pro se litigant:  /s/ David H. Thompson
Type or Print Name: David H. Thompson
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.