## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Christian v. James         Docket No.: 24-2847

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Peter A. Patterson

Firm: Cooper & Kirk, PLLC

Address: 1523 New Hampshire Ave. NW

Telephone: (202) 220-9600     Fax: (202) 220-9601

E-mail: ppatterson@cooperkirk.com

Appearance for: Plaintiffs Brett Christian, Firearms Policy Coalition, and Second Amendment Foundation
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

✔ Additional counsel (co-counsel with: David H. Thompson/ Cooper & Kirk, PLLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 17, 2024     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Peter A. Patterson

Type or Print Name: Peter A. Patterson