UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2847

**Caption:** Christian v. James

**Motion for:** a 14-day extension of the deadline as to Movants for filing of their brief as amicus curiae.

**Set forth below precise, complete statement of relief sought:**

Giffords Law Center, Brady, and March for Our Lives ("Movants") request a 14-day extension of the deadline for filing their brief as amicus curiae in support of Appellants, adjourning the deadline as to Movants from Jan. 10, 2025, to Jan. 24, 2025.

**MOVING PARTY:** Giffords, Brady, March for Our Lives
**OPPOSING PARTY:** None

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** P. Benjamin Duke
**OPPOSING ATTORNEY:** None

[name of attorney, with firm, address, phone number and e-mail]

Covington & Burling LLP
620 Eighth Avenue, New York, NY 10018
pbduke@cov.com  (212) 841-1072

**Court- Judge/ Agency appealed from:** United States District Court for the Western District of New York, Hon. Judge John L. Sinatra, Jr.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ P. Benjamin Duke   **Date:** December 20, 2024   **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| BRETT CHRISTIAN; FIREARMS POLICY COALITION, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>*Plaintiffs-Appellees*,<br><br>v.<br><br>STEVEN G. JAMES, in his official capacity as Superintendent of the New York State Police; and MICHAEL J. KEANE, in his official capacity as District Attorney for the County of Erie, New York,<br><br>*Defendants-Appellants*. | Case No. 24-2847 |

**UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME
TO FILE A BRIEF AS AMICUS CURIAE**

Under Federal Rule of Appellate Procedure 26(b), and Second Circuit Rules 27.1 and 31.2(c), Amici Curiae Giffords Law Center to Prevent Gun Violence, Brady, and March for Our Lives ("Movants") respectfully request a 14-day extension of time for Movants to file an amicus brief in support of Appellants. Counsel for Appellants and for Appellees have advised that they do not oppose this motion. The current deadline for filing of amicus briefs in support of Defendants-Appellants is January 10, 2025. The requested extension would adjourn the current deadline as to Movants to January 24, 2025.

There is good cause for the requested extension. The current deadline is close

in time to several upcoming holidays, including Christmas, Hanukkah, and the New Year. The requested extension will enable Movants and their counsel to coordinate previously scheduled travel and other obligations over the holiday period and facilitate preparation of a single joint brief on behalf of all Movants. Moreover, the extension as to Movants is unopposed and will have no impact on any other deadlines under the Court's briefing schedule.

## CONCLUSION

In light of the above, Movants respectfully submit that this Court should grant their unopposed request for a 14-day adjournment of the deadline for Movants to file their brief as amicus curiae supporting Defendants-Appellants, from January 10, 2025, to January 24, 2025.

Respectfully submitted.

/s/ P. Benjamin Duke

P. BENJAMIN DUKE
   *Attorney*

Covington & Burling LLP
620 Eighth Ave
New York, NY 10018
(212) 841-1072
pbduke@cov.com
*Counsel for Giffords Law Center, Brady, and March for Our Lives*

December 23, 2024

## CERTIFICATE OF COMPLIANCE

1. Pursuant to Fed. R. App. P. 32(g)(1), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 234 words, excluding the parts of a motion exempted by Fed. R. App. P. 32(f).

2. Pursuant to Fed. R. App. P. 27(d)(1)(E), I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in Microsoft Office Word using 12-point Century Schoolbook font.

December 23, 2024

/s/ P. Benjamin Duke

P. BENJAMIN DUKE
*Counsel for Giffords, Brady, and March for Our Lives*