## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Christian v. James**  Docket No.: **24-2847**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Alan Schoenfeld**

Firm: **Wilmer Cutler Pickering Hale and Dorr LLP**

Address: **7 World Trade Center, 250 Greenwich Street**

Telephone: **+1 212 230 8800**  Fax:

E-mail: **alan.schoenfeld@wilmerhale.com**

Appearance for: **Ian Ayres and Fredrick Vars**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Defendant-Appellant** )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **February 17, 2009**  OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Alan Schoenfeld**

Type or Print Name: **Alan Schoenfeld**