UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand twenty-five,

_____

Brett Christian, Firearms Policy Coalition, Inc., Second Amendment Foundation,

      Plaintiffs-Appellees,

John Boron,

      Plaintiff,

v.

Steven G. James, in his official capacity as Superintendent of the New York State Police,

      Defendant - Appellant,

Michael J. Keane, in his official capacity as District Attorney for the County of Erie, New York,

      Defendant.

**ORDER**
Docket No. 24-2847

_____

Appellant moves for leave to file a corrected reply brief to correct inadvertent typographical errors.

IT IS HEREBY ORDERED that the motion is GRANTED.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court