# WILMERHALE

+1 212 230 8800 (t)
+1 212 230 8888 (f)
josh.feinzig@wilmerhale.com

August 5, 2025

**By ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re: *Christian v. James*, No. 24-2847

Dear Ms. O'Hagan Wolfe:

      I write to withdraw my appearance on behalf of *amicus curiae* Professor Fredrick Vars and *amicus curiae* Professor Ian Ayres in the above-referenced case, as I will soon be leaving my current position at Wilmer Cutler Pickering Hale and Dorr LLP. Professor Vars and Professor Ayres will continue to be represented by other attorneys at WilmerHale.

      Respectfully submitted,

      /s/ *Joshua M. Feinzig*

      Joshua M. Feinzig
      WILMER CUTLER PICKERING HALE AND DORR LLP
      7 World Trade Center
      250 Greenwich Street
      New York, NY 10007
      Tel.: (212) 230-8800

cc: All counsel of record (via ECF)